AMERICAN CONDIMENTS CO. v. AUDIT CO. OF NEW YORK.    (No. 6168.)

(Supreme Court, Appellate Division, First Department.    October 23, 1914.)

PLEADING (§ 320*)—BILL OF PARTICULARS—KNOWLEDGE OF DEFENDANT.

A defendant is entitled to the particulars which are claimed by the plaintiff to be covered by the general allegations of the complaint, so that the issues may be defined, even though the defendant knows as much about the matter as does the plaintiff.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. § 972; Dec. Dig. § 320.*]

Appeal from Special Term, New York County.

Action by the American Condiments Company against the Audit Company of New York. From an order denying defendant's motion for a bill of particulars, defendant appeals. Reversed, and motion granted in part.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Charles H. Tuttle, of New York City, for appellant.

Alexander S. Andrews, of New York City, for respondent.

PER CURIAM. The defendant is entitled to the particulars demanded in the first six paragraphs of the moving affidavits. It is not

an answer to this demand that defendant should know as much about the matter complained of as does the plaintiff. The defendant is entitled to be informed what specific facts are claimed by the plaintiff to be covered by the general allegations of the complaint, to the end that the issues to be tried may be limited and defined. Havholm v. Whale Creek Iron Works, 159 App. Div. 578, 144 N. Y. Supp. 833.

Order appealed from reversed, with $10 costs and disbursements, and motion granted to the extent indicated.